UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS DANNY SOTO,

                Plaintiff,

      -against-

TESLA INC., ET AL.,

                Defendants.

25-cv-1544 (LLS)

CIVIL JUDGMENT

For the reasons stated in the June 3, 2025, order, Plaintiff's complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

SO ORDERED.

Dated:   June 5, 2025
             New York, New York

                                             /s/ Louis L. Stanton
                                                LOUIS L. STANTON
                                            United States District Judge